UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G. DANLEY,<br><br>        Petitioner,<br><br>  v.<br><br>THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | 1:11-cv—00123-LJO-SKO-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (DOCS. 7, 1)<br><br>ORDER DISMISSING THE PETITION WITHOUT LEAVE TO AMEND FOR FAILURE TO STATE A COGNIZABLE CLAIM (Doc. 1)<br><br>ORDER DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY AND DIRECTING THE CLERK TO CLOSE THE CASE |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

    On February 4, 2011, the Magistrate Judge filed findings and recommendations to grant Respondent's motion to dismiss the petition for failure to state a cognizable claim.  The findings and recommendations were served on all parties on the same date. The findings and recommendations informed Petitioner that objections were due within thirty days of service.

1  On March 10, 2011, Petitioner filed objections to the
2 findings and recommendations, which the Court deems to be timely.
3  In accordance with the provisions of 28 U.S.C. § 636
4 (b)(1)(C), this Court has conducted a *de novo* review of the case.
5 The undersigned has carefully reviewed the entire file and has
6 considered the objections; the undersigned has determined there
7 is no need to modify the findings and recommendations based on
8 the points raised in the objections.  The Court finds that the
9 report and recommendation is supported by the record and proper
10 analysis.
11  Accordingly, it IS ORDERED that:
12  1)  The findings and recommendations filed on February 4,
13 2011, are ADOPTED in full; and
14  2) The petition for writ of habeas corpus is DISMISSED for
15 failure to state a claim cognizable in a proceeding pursuant to
16 28 U.S.C. § 2254; and
17  3)  The Court DECLINES to issue a certificate of
18 appealability; and
19  4)  The Clerk is DIRECTED to close the action.

21 IT IS SO ORDERED.
22 **Dated:   March 14, 2011**          /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE